UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY CULVER,<br><br>               Plaintiff,<br><br>   v.<br><br>JAYAKRISHNAN NAIR, *et al.*,<br><br>               Defendants. | CASE NO. C21-1196-RSM<br><br>ORDER |

      IT IS ORDERED that this matter is referred to United States Magistrate Judge Michelle L. Peterson, pursuant to 28 U.S.C. § 636(b)(1), Local Rules W.D. Wash. MJR 3 and 4, and Fed. R. Civ. P. 72.

      The Magistrate Judge shall screen Mr. Nair's notice of removal, Dkt. #1, and enter into the record a Report and Recommendation. Any objection to the recommended disposition of the matter shall be made and heard in accordance with Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), and Local Rules W.D. Wash. MJR 4.

//

//

//

ORDER - 1

DATED this 9th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2